UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.1:14-cr-00172-RHB |
| ) | |
| v. ) | Honorable Robert Holmes Bell |
| ) | |
| RONALD BRUCE MYERS, ) | |
| ) | **ORDER** |
| Defendant. ) | |
| ) | |

Defendant appeared before me on November 13, 2014, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing.  I find that his waiver was knowingly and voluntarily entered.  I also note that defendant is in the custody of the Bureau of Prisons, serving a sentence from a previous conviction.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED this 14th day of November, 2014.

/s/ Phillip J. Green
United States Magistrate Judge